# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| AMY MURPHY, | : | Case No. 3:24-cv-65 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| KETTERING ADVENTIST HEALTHCARE, | : | |
| | : | |
| Defendant. | : | |

# ORDER

This case is before the Court upon the parties' Joint Motion to Stay Case Deadlines (Doc. #10). The parties ask that the Court stay this case until July 31, 2024 to allow the parties to mediate the case. (Doc. #10, *PageID* #24). For the reasons set forth therein, the parties' Joint Motion to Stay Case Deadlines (Doc. #10) is hereby **GRANTED**. All proceedings and deadlines in this case are **STAYED** pending the anticipated mediation. The parties shall file a joint report on the status of the mediation and the continued propriety of the stay by **July 31, 2024**.

**IT IS SO ORDERED.**

April 25, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge